```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 14410
   GLENDA SMITH MCGEE
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-9166

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 11/04/2006 and was confirmed 01/26/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was converted to chapter 7 after confirmation 01/04/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
AMC MORTGAGE SERVICES      CURRENT MORTG        .00              .00           .00
AMERICAN GENERAL FINANCE   CURRENT MORTG        .00              .00           .00
MONTEREY FINANCIAL         SECURED           691.00            35.33        132.97
HSBC AUTO FINANCE          SECURED NOT I        .00              .00           .00
HSBC AUTO FINANCE          UNSECURED       10703.12              .00           .00
INTERNAL REVENUE SERVICE   PRIORITY         3000.00              .00           .00
WORLD FINANCIAL NETWORK    UNSECURED         463.21              .00           .00
CHASE BANK                 SECURED            75.00              .00         16.00
ASPIRE                     UNSECURED         441.31              .00           .00
PREMIER BANKCARD           UNSECURED         455.81              .00           .00
FLEET CREDIT CARD SERVIC   UNSECURED       NOT FILED             .00           .00
GE MONEY BANK/WALMART      UNSECURED         260.25              .00           .00
HSBC/CARSONS               UNSECURED       NOT FILED             .00           .00
JACKSON PARK HOSPITAL      UNSECURED       NOT FILED             .00           .00
LLM LAW GROUP              UNSECURED       NOT FILED             .00           .00
LOAN EXPRESS CO            UNSECURED         771.90              .00           .00
ROGERS & HOLLAND           SECURED           100.00             4.22         60.09
ISAC                       UNSECURED       19750.85              .00           .00
SALLIE MAE EDUCATION CRE   UNSECURED        8112.94              .00           .00
SOUTH SHORE BANK           UNSECURED       NOT FILED             .00           .00
WORLD FINANCIAL NETWORK    UNSECURED          90.95              .00           .00
WFNNB CHADWICK             UNSECURED       NOT FILED             .00           .00
WFNNB/DRESS BARN           UNSECURED       NOT FILED             .00           .00
WORLD FINANCIAL NETWORK    UNSECURED         222.41              .00           .00
CHASE BANK                 UNSECURED         328.17              .00           .00
AMC MORTGAGE SERVICES      MORTGAGE ARRE     904.41              .00         904.41
AMERICAN GENERAL FINANCE   MORTGAGE ARRE    1769.99              .00         524.33
AMC MORTGAGE SERVICES      NOTICE ONLY    NOT FILED              .00           .00
MONTEREY FINANCIAL         UNSECURED          16.12              .00           .00
ROGERS & HOLLAND           UNSECURED         645.32              .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,343.00                       2,343.00
TOM VAUGHN                 TRUSTEE                                           268.97

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 14410 GLENDA SMITH MCGEE
```

```
DEBTOR REFUND            REFUND                                          180.68

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                             RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      4,470.00

PRIORITY                                                    .00
SECURED                                                1,637.80
     INTEREST                                             39.55
UNSECURED                                                   .00
ADMINISTRATIVE                                         2,343.00
TRUSTEE COMPENSATION                                     268.97
DEBTOR REFUND                                            180.68
                          ---------------       ---------------
TOTALS                       4,470.00                 4,470.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 04/23/08              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE


                           PAGE   2
       CASE NO. 06 B 14410 GLENDA SMITH MCGEE